UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WAYNE YOUNG, | No. 2:17-cv-1744 GEB CKD P |
| Plaintiff, | |
| v. | ORDER |
| S.K. HOESTENBACH, et al., | |
| Defendants. | |

For all the reasons stated in the magistrate judge's October 27, 2017 findings and recommendations, the court finds that plaintiff's appeal of the dismissal of plaintiff's complaint is both frivolous and in bad faith. As such, plaintiff's in forma pauperis status, for purposes of appeal, is hereby revoked. See 28 U.S.C. § 1915(a).

Dated: January 8, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge